# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DOROTHY JACKSON

VERSUS

THE BOARD OF SUPERVISORS FOR
THE SOUTHERN UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE

NO.  2024 CW 0987

DECEMBER 4, 2024

---

In Re:    Dorothy Jackson, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          672690.

---

BEFORE:    **WOLFE, MILLER, AND GREENE, JJ.**

    **WRIT DENIED.**  The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878
(La. 1981) (*per curiam*), are not met.

**EW**

**SMM**

    **Greene, J.,** dissents.  I find the plaintiff adequately pled
the minimum facts sufficient to support a cause of action for abuse
of rights and conspiracy because, accepting the plaintiff's
allegations as true, I cannot say the facts are so unquestioned
that a trial on the merits is unwarranted. See **Louisiana Machinery
Rentals, L.L.C. v. Kean Miller, L.L.P.**, 2017-1768 (La. App. 1st
Cir. 2/20/19), 2019 WL 759935 (unpublished), writ denied, 2019-
0464 (La. 6/17/19), 274 So.3d 1260.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT